1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                          SAN FRANCISCO DIVISION
9

10  JAMES SAYLOR,                          Case No. 3:12-cv-02779 NC
11                  Plaintiff,
                                           **STANDBY ORDER OF DISMISSAL**
12            v.
13  DIVERSIFIED COLLECTION SERVICES, INC.,
14                  Defendant.
15
16
17       The Court has been informed that the above-entitled action has settled. Accordingly, the
18  Court vacates all pending deadlines. The parties are required to file a stipulation of dismissal by
19  **December 14, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered
20  to appear on **December 19, at 2:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate**
21  **Avenue, San Francisco** and show cause why the case should not be dismissed. Failure to
22  comply with this Order may result in dismissal of the case.
23       IT IS SO ORDERED.
24       DATED:   October 25, 2012
25
26                                              _____
                                                NATHANAEL M. COUSINS
27                                              United States Magistrate Judge
28

Case No.
STANDBY ORDER OF DISMISSAL