1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES SAYLOR, | Case No. 12-cv-02779 NC |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO FILE A STIPULATION OF DISMISSAL** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., | Re: Dkt. No. 19 |
| Defendant. | |

15   On December 21, 2012, the parties filed a stipulation requesting an extension of

16  time to file a stipulation of dismissal.  The Court previously ordered the parties to file a

17  stipulation of dismissal by December 14, 2012 or to appear at a show cause hearing on

18  December 19, 2012; neither occurred.  Nevertheless, because the parties assert that good

19  cause excuses their tardiness and the settlement documents have not been executed, the

20  Court grants the parties' request for an extension.  Accordingly, the parties must file a

21  stipulation of dismissal by January 11, 2013 at 5:00 p.m. or appear on January 16, 2013 at

22  1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Ave, San Francisco and show

23  cause why this case should not be dismiss.  Failure to comply with this Order will result

24  in dismissal of the case.

25       IT IS SO ORDERED.

26       DATED: December 21, 2012

27

28

Nathanael M. Cousins
United States Magistrate Judge