G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JAMES SAYLOR,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SAYLOR,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DIVERSIFIED COLLECTION<br>SERVICES, INC.,<br>          Defendants. | **Case No.**<br>**3:12-cv-02779-NC**<br><br>**ORDER GRANTING**<br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE BETWEEN**<br>**PLAINTIFF AND DEFENDANT**<br>**DIVERSIFIED COLLECTION**<br>**SERVICES, INC.;** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

Plaintiff JAMES SAYLOR against Defendant DIVERSIFIED COLLECTION

SERVICES, INC.,  are dismissed, with prejudice. Plaintiff JAMES SAYLOR and

Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their

own costs and attorneys' fees.

///

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-02779-NC

- 1 -

Date:   January 15, 2013

IT IS SO ORDERED

Judge Nathanael M. Cousins

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT
DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-02779-NC

- 2 -