G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JAMES SAYLOR,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JAMES SAYLOR, | ) Case No. |
| --- | --- |
| Plaintiff, | ) **3:12-cv-02779-NC** |
| vs. | ) **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC.;** |
| DIVERSIFIED COLLECTION SERVICES, INC., | ) |
| Defendants. | ) |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JAMES SAYLOR against Defendant DIVERSIFIED COLLECTION SERVICES, INC., are dismissed, with prejudice. Plaintiff JAMES SAYLOR and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

///

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-02779-NC

- 1 -

Date: __January 15, 2013__     _____

IT IS SO ORDERED

Judge Nathanael M. Cousins

JUDGE, United States District Court, Northern District of California

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT DIVERSIFIED COLLECTION SERVICES, INC. – 3:12-cv-02779-NC

- 2 -